# United States District Court
## Southern District of Georgia

SERGEI KUSYAKOV,

    Petitioner,

JUDGMENT IN A CIVIL CASE

          V.

CASE NUMBER: CV315-011

STACEY STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 28, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition for 2241 is DENIED, judgment is hereby ENTERED in favor of the Respondent, and this action is stands CLOSED.

October 28, 2015
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk